UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| KLAUSNER TECHNOLOGIES, INC., a New York corporation,<br><br>     *Plaintiff,*<br><br>vs.<br><br>Aastra Technologies LTD, et al.<br><br>     *Defendants.* | CASE NO. 6:11-cv-480<br>LEAD CASE<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO DISMISS UNDER RULE 12(b)(6) AND, ALTERNATIVELY, MOTION FOR MORE DEFINITE STATEMENT UNDER RULE 12(e) AND MOTION TO STRIKE UNDER RULE 12(f)**

Plaintiff IPVX Patent Holdings, Inc. ("IPVX") files this Unopposed Motion for Extension of Time to file a Response to IXC Inc.'s Motion to Dismiss Under Rule 12(b)(6) and, Alternatively, Motion For More Definite Statement Under Rule 12(e) and Motion to Strike Under Rule 12(f) (Dkt. 30 in 6:11-cv-594 matter) and would respectfully show the Court as follows:

The current deadline for IPVX to file its Response is November 12, 2012. IPVX has requested, and IXC Inc. has agreed to, a one week extension of IPVX's time to file its Response up to and including November 19, 2012. Good cause exists for this extension as IPVX has counsel located in New York that have been affected by the adverse weather. A proposed Order granting this unopposed motion is attached hereto.

1

WHEREFORE, PREMISES CONSIDERED, Plaintiff IPVX respectfully moves the Court to extend the deadline as set forth above and award such other and further relief as it may show itself justly entitled.

Dated: November 9, 2012

Respectfully submitted,

By: /s/ Elizabeth L. DeRieux
S. Calvin Capshaw, III
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Gregory S. Dovel
State Bar No. 135387
Sean A. Luner
State Bar No. 165443
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
Email: sean@dovellaw.com

OF COUNSEL:

Pierre R. Yanney
State Bar No. 033391993
Email: pyanney@stroock.com
STROOCK & STROOCK & LAVAN LLP

180 Maiden Lane
New York, N.Y. 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

ATTORNEYS FOR PLAINTIFF,
IPVX PATENT HOLDINGS, INC.

## CERTIFICATE OF CONFERENCE

In compliance with Local Rule CV-7(h), I hereby certify that Elizabeth L. DeRieux, counsel for IPVX conferred with Ronald Losch, counsel for IXC Inc. and this motion is unopposed.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 9th day of November, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux