IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| Klausner Technologies, Inc., | § | |
| --- | --- | --- |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 6:11-cv-480 |
| Aastra Technologies LTD, et al., | § | |
| | § | |
| Defendants. | § | |

**PLAINFIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Klausner Technologies, Inc. and proposed Plaintiff by substitution IPVX Patent Holdings, Inc. (collectively "Plaintiff") file this notice of dismissal without prejudice with regard to Aastra Technologies LTD and Aastra USA Inc. (collectively "Defendants"). Dismissal pursuant to Rule 41(a) is proper because Defendants have not served either an answer or a motion for summary judgment in this action.

Therefore, Plaintiff hereby dismisses all claims against Defendants without prejudice pursuant to Rule 41(a).

Dated: November 19, 2012　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By: _/s/ S. Calvin Capshaw_____
　　　　　　　　　　　　　　　　　　　　　　　S. Calvin Capshaw, III
　　　　　　　　　　　　　　　　　　　　　　　State Bar No. 03783900
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth L. DeRieux

1

State Bar No. 05770585
D. Jeffrey Rambin
State Bar No. 00791478
Capshaw DeRieux, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com
E-mail: jrambin@capshawlaw.com

Gregory S. Dovel
State Bar No. 135387
Sean A. Luner
State Bar No. 165443
Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone: 310-656-7066
Facsimile: 310-657-7069
Email: greg@dovellaw.com
Email: sean@dovellaw.com

OF COUNSEL:

Pierre R. Yanney
State Bar No. 033391993
Email: pyanney@stroock.com
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, N.Y. 10038
Tel: (212) 806-5400
Fax: (212) 806-6006

ATTORNEYS FOR PLAINTIFFS,
KLAUSNER TECHNOLOGIES,
INC. AND IPVX PATENT
HOLDINGS, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 19th day of November, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ S. Calvin Capshaw
S. Calvin Capshaw

MHDocs 4087462_1 12760.4