IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| KLAUSNER TECHNOLOGIES, INC., <br><br> v. <br><br> AASTRA TECHNOLOGIES LTD., et al | § § § § § § § § § | Civil Action No. 6:11-cv-480 (LED) <br> **(Lead Case for Consolidation)** <br><br> JURY TRIAL DEMANDED |
| KLAUSNER TECHNOLOGIES, INC., <br><br> v. <br><br> VOICE CARRIER, INC. | § § § § § § § § § | Civil Action 6:11-cv-584-LED <br><br> JURY TRIAL DEMANDED |

**DEFENDANT VOICE CARRIER'S RESPONSE TO
PLAINTIFF'S MOTION TO SUBSTITUTE A PARTY**

Defendant Voice Carrier, Inc. hereby withdraws its opposition to Plaintiff's Motion to Substitute a Party Pursuant to Fed. R. Civ. P. 25(c) (Docket No. 22, Civil Action No. 6:11-cv-584-LED).

DATED: 2/04/13

Respectfully submitted,

By: /s/ Max L. Tribble, Jr.
Max L. Tribble, Jr.
State Bar No. 20213950
mtribble@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

Lead Attorney for Defendant Voice Carrier, Inc.

David M. Peterson

2573546v1/012997

State Bar No. 24056123
dpeterson@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666

## CERTIFICATE OF SERVICE

    I hereby certify that on February 4, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, using the electronic filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ David M. Peterson*
                                              David M. Peterson

2573546v1/012997