**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| *IPVX* PATENT HOLDINGS, INC. § | | |
| a/k/a KLAUSNER TECHNOLOGIES, INC. § | | |
| § | | |
| v. § | 6:11-cv-00480 | |
| § | (Lead Case) | |
| AASTRA TECHNOLOGIES LTD., ET AL. § | | |

_____

| | | |
|---|---|---|
| *IPVX* PATENT HOLDINGS, INC. § | | |
| a/k/a KLAUSNER TECHNOLOGIES, INC. § | | |
| § | | |
| v. § | 6:11-cv-00577 | |
| § | | |
| FONALITY, INC. § | | |

## MEDIATOR'S REPORT

After the original mediation session, mediator facilitated follow-up continued. I can now report a settlement has been reached and the parties are in the process of exchanging and filing appropriate documents.

## CERTIFICATE OF SERVICE

The mediator's report was served electronically in compliance with Local Rule CV-5(a) upon all known counsel of record via the Court's CM/ECF system, on the 9th day of October, 2014.

*/s/ James W. Knowles*
JAMES W. KNOWLES, MEDIATOR